IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY GRAVES,

      Petitioner,                    No. CIV S-03-2607 GEB GGH P

    vs.

JAMES YATES, Warden, et al.,

      Respondents.               <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve objections to the July 1, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's July 18, 2005 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the July 1, 2005 findings and recommendations.

DATED: 7/27/05

                                      /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
grav2607.111