IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY GRAVES,

    Petitioner,               No. CIV S-03-2607 GEB GGH P

    vs.

JAMES YATES, Warden, et al.,

    Respondents.          ORDER

_____/

        On August 24, 2005, petitioner submitted an "application and declaration for enlargement of time."  Petitioner requests a second thirty day extension of time to file objections to the July 1, 2005, findings and recommendations.  Good cause appearing, this request is granted.  No further extensions of time will be granted but for a showing of substantial cause.

        Accordingly, IT IS HEREBY ORDERED that petitioner's August 24, 2005, request for extension of time is granted; petitioner's objections are due thirty days from the date of this order.

DATED: 9/2/05                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:kf
grav2607.135

1