IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY GRAVES,

    Petitioner,        No. CIV S-03-2607 GEB GGH P

  vs.

JAMES YATES, et al.,

    Respondents.       <u>ORDER</u>

_____/

        This action is on appeal to the Ninth Circuit Court of Appeals. On January 24, 2006, petitioner filed a motion for appointment of counsel. This motion should be addressed to the Ninth Circuit. Accordingly, this motion is disregarded.

        On January 25, 2006, petitioner filed a motion for production of documents requesting that the court send to the Ninth Circuit all records relevant to his appeal. Petitioner is informed that the Clerk of the Court will send the Ninth Circuit all records relevant to his appeal.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's January 24, 2006, motion for appointment of counsel is disregarded;

/////

/////

1  2. Petitioner's January 25, 2006, motion for production of documents is denied as
2  unnecessary.
3  DATED: 2/3/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
gr2067.ord